2002–1920.   State ex rel. Thieman v. Indus. Comm.
Franklin App. No. 01AP–1274, 2002-Ohio-5071. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion to stay briefing schedule to pursue settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted and appellant's brief shall be filed on or before February 7, 2003.